In re the MARRIAGE OF Earnest Marvin TEDDER and Catherine Jean Tedder.

Earnest Marvin Tedder, Petitioner/Respondent,

v.

Catherine Jean Tedder, Respondent/Appellant.

No. ED 86394.

Missouri Court of Appeals, Eastern District, Division Three.

April 18, 2006.

Brad Van Zee, Law Office of Brad Van Zee, Potosi, MO, for respondent.

Kimberly D. Tyler, Law Office of Kimberly D. Tyler, Bonne Terre, MO, for appellant.

Before KATHIANNE KNAUP CRANE, P.J., LAWRENCE E. MOONEY, J., and BOOKER T. SHAW, J.

*ORDER*

PER CURIAM.

This is an appeal from a decree of dissolution of marriage. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron,* 536 S.W.2d 30, 32 (Mo. banc 1976).

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).